# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAKES, | Case No.  1:26-cv-00248-FRS (BAM) (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE |
| v. | |
| LERDO PRE TRIAL FACILITY, et al., | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Robert Lakes ("Plaintiff") is a county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on January 12, 2026, together with a motion to proceed in forma pauperis.  (ECF Nos. 1, 2.)

Plaintiff's application to proceed in forma pauperis is incomplete.  Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form.  Plaintiff must submit a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

1

3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:    **January 14, 2026**          /s/ *Barbara A. McAuliffe*   _
UNITED STATES MAGISTRATE JUDGE