**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LAKES, | No. 1:26-cv-00248 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| LERDO PRE TRIAL FACILITY, *et al.*, | |
| Defendants. | (Doc. 7) |

Plaintiff Robert Lakes is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2026, the then-assigned Magistrate Judge issued an order directing Plaintiff to submit a completed application to proceed *in forma pauperis* and a certified copy of his inmate trust account statement for the past six months, or pay the $405.00 filing fee to proceed with this action.  (Doc. 4.)  Plaintiff was warned that failure to comply with the Court's order would result in dismissal of this action without prejudice.  (*Id.*)  Plaintiff did not respond to the Court's order or otherwise communicate with the Court regarding his application or payment of the filing fee.

Therefore, on March 3, 2026, the Magistrate Judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a court order and

1

Plaintiff's failure to prosecute this action. (Doc. 7.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) On March 17, 2026, the findings and recommendations were returned as "Undeliverable, Not in Custody." Plaintiff's notice of change of address was therefore due on or before April 16, 2026. Local Rule 183(b). On March 23, 2026, the Court issued an order reassigning this case to Magistrate Judge Frank J. Singer. (ECF No. 8.) That order was also returned as "Undeliverable, Return to Sender, Not in Custody" on April 3, 2026. Plaintiff has not updated his address, filed his objections, or otherwise communicated with the Court, and the deadlines to do so have expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on March 3, 2026, (Doc. 7), are **ADOPTED IN FULL**.

2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
UNITED STATES DISTRICT JUDGE

2